USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HONEEDEW INVESTING LLC, :
:
Plaintiff, :
: 19-CV-8951 (JPC)
-v- :
: NOTICE OF
JOSE ABADI, : REASSIGNMENT
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

SO ORDERED.

Dated: October 14, 2020
New York, New York

JOHN P. CRONAN
United States District Judge