UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HONEEDEW INVESTING LLC,                                                :
:
Plaintiff,                                :    19-CV-8951 (JPC)
:
-v-                                                                    :
:    ORDER
JOSE ABADI,                                                            :
:
Defendant.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 23, 2020, Plaintiff filed a letter with the Court saying that because of "staffing shortages and limited operations" at Argentina's Central Authority that the "the summons and complaint are not expected to be served on Defendant until early 2021." Dkt. 9 at 2. As of the date of this Order, Plaintiff has not filed proof of service. By December 3, 2021, Plaintiff shall file a letter updating the Court on the status of the case providing any information as to the service of the summons and complaint on Defendant.

SO ORDERED.

Dated: November 26, 2021
New York, New York                                  _____
                                                    JOHN P. CRONAN
                                                    United States District Judge