```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HONEEDEW INVESTING LLC,                                                :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        19 Civ. 8951 (JPC)
             -v-                                                       :
                                                                       :        ORDER
JOSE ABADI,                                                            :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Given Defendant's appearance and memorandum opposing default judgment, *see* Dkt. 24, the Court denies without prejudice Plaintiff's motion for default judgment, *see* Dkt. 20. The conference previously scheduled for January 31, 2022, at 11:00 a.m. shall serve as the Initial Pretrial Conference under the Court's Individual Rule 5(a) and Federal Rule of Civil Procedure 16(c). By January 28, 2022, the parties shall file a joint a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

- A brief statement of the nature of the action and the principal defenses thereto;
- A brief explanation of why jurisdiction and venue lie in this Court;
- A brief description of all outstanding motions and/or all outstanding requests to file motions;
- Whether a stay of discovery is appropriate during the pendency of any outstanding motions;
- A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;
- A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;
- The estimated length of trial; and

- Any other information that the parties believe may assist this Court in resolving the action.

By January 28, 2022, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: January 20, 2022
New York, New York

　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　United States District Judge