UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HONEEDEW INVESTING LLC,

                **Plaintiff,**

    -against-

JOSE ABADI,

                **Defendant.**

-----------------------------------------------------------------X

19-CV-08951 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Pursuant to the telephonic conference held for this matter on Thursday, May 19, 2022, Defendant's anticipated motion to withdraw as counsel (see ECF No. 49) shall be filed no later than **Thursday, May 26, 2022**. Plaintiff's deadline to respond is **Tuesday, June 7, 2022**, and any reply by Defendant is due by **Monday, June 13, 2022**. In addition, the fact discovery deadline is hereby extended to **Thursday, June 30, 2022.**

SO ORDERED.

DATED:    New York, New York
              May 19, 2022

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2022