**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HONEEDEW INVESTING LLC,

                    Plaintiff,

      -against-

JOSE ABADI,

                    Defendant.
-----------------------------------------------------------------X

**19-CV-08951 (JPC) (VF)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As part of this Court's October 3, 2022 Order (ECF No. 65), granting counsel for Defendant's motion to withdraw following Defendant's representations that he would no longer be participating in the action, Defendant was warned that failure to defend the action may result in sanctions, including striking of Defendant's Answer and entry of default judgment against him. On October 20, 2022, this Court held a telephonic status conference in the above-captioned matter; Plaintiff was the only party to appear at this conference. **Defendant, once again, is hereby notified that failure to defend this action and/or participate in its proceedings (e.g., by failing to engage in discovery or attend conferences) may result in sanctions, including striking of Defendant's Answer and entry of default judgment against him.** The parties are directed to submit a joint status letter by **December 19, 2022**. The Clerk of Court is directed to terminate the motion at ECF No. 45. **SO ORDERED.**

DATED:    New York, New York
               October 20, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge