# MEDINA LAW FIRM LLC

641 LEXINGTON AVENUE
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

A Limited Liability Company
www.medinafirm.com

1199 S. FEDERAL HIGHWAY
Suite 421
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

Eric S. Medina, Esq.º

Writer's Email:
emedina@medinafirm.com

September 7, 2023

**VIA CM/ECF**
Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Honeedew Investing LLC vs. Jose Abadi*
Case No. 19-cv-08951-JPC-VF
Request for Leave to File Motion to Substitute Parties

Dear Judge Figueredo:

    We represent plaintiff Honeedew Investing LLC ("Honeedew" or "Plaintiff") in the above-referenced matter. Plaintiff writes to request this Court's permission to file a motion to substitute the estate of Jose Abadi and/or his successors or assigns as a party defendant in this matter. Plaintiff has not been served with any notice of death within the meaning of Federal Rule of Civil Procedure 25 nor has received service of any such document but has reason to believe that defendant Jose Abadi ("Defendant") is now deceased having passed away during this summer in the nation of Argentina. Plaintiff has to date been unable to identify Defendant's successor[1] but understands that the Defendant is survived by a spouse in addition to several children and other potential heirs.[2] Plaintiff intends to address the designation of an appropriate successor to Defendant in its forthcoming motion.

    Thank you in advance for Your Honor's consideration.

Respectfully submitted,

*/s/ Eric S. Medina*
Eric S. Medina, Esq.

---

[1] At the time of the Defendant's death it is believed the Defendant was a resident of the country of Argentina.
[2] Several of the underlying causes in this action include the fraudulent transfer of assets from Defendant to his son and daughter-in-law Carlos Abadi and Barbara Abadi.