UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HONEEDEW INVESTING LLC,                                                :
                                                                       :
                             Plaintiff,                                :
                                                                       :        19 Civ. 8951 (JPC) (VF)
             -v-                                                       :
                                                                       :        ORDER
JOSE ABADI,                                                            :
                                                                       :
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties are ordered to appear for a status conference before the undersigned on November 21, 2023, at 2:00 p.m. The parties should be prepared to discuss their availability for trial. Unless the Court orders otherwise, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, the conference must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge