UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HONEEDEW INVESTING LLC,

                    Plaintiff,

       -against-

JOSE ABADI,

                    Defendant.
-----------------------------------------------------------------X

19-CV-08951 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff filed a motion for substitution on November 6, 2023. See ECF No. 80. Plaintiff seeks to substitute multiple individuals for Defendant Abadi, who passed away in 2023. See ECF No. 83 at 5. Plaintiff has not provided any legal authority to support the proposition that all of the named individuals are proper parties to substitute for Defendant Abadi. Either a representative of the deceased party's estate or a successor of the deceased party would be a proper party for substitution. Plaintiff is directed to answer the following questions: (1) Which, if any, of the persons named in the motion (see ECF No. 83 at 5) are either a representative of Abadi's estate or a successor; and (2) What authority supports substituting as a party the other named individuals who may not be the legal administrator or successor of the estate. Plaintiff is directed to provide responses to the Court's questions by **March 18, 2024**.

       **SO ORDERED.**

DATED:    New York, New York
               March 11, 2024

                                                                  VALERIE FIGUEREDO
                                                                United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2024