# MEDINA LAW FIRM

www.medinafirm.com

641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

Eric S. Medina, Esq.º

1200 N. Federal Highway
Second Floor
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

<u>Writer's Email:</u>
emedina@medinafirm.com

ºMember NY, NJ & FL Bar

March 20, 2024

**VIA CM/ECF ELECTRONIC FILING**
Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Honeedew Investing LLC vs. Jose Abadi*
Case No. 19-08951-JPC-VF
<u>Translation of [ECF No. 86-1]</u>

Dear Judge Figueredo:

The undersigned represents Plaintiff Honeedew Investing LLC ("Honeedew" or "Plaintiff") in the above-referenced matter. Annexed hereto for Your Honor's consideration is a copy of the certified English translation of the sworn declaration of Dr. Julian Knopoff dated March 18, 2024 [ECF No. 86-1] for which the translation was received earlier today. Thank you in advance for Your Honor's consideration.

Respectfully submitted,

*/s/ Eric S. Medina*
Eric S. Medina, Esq.

Encs.