UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
HONEEDEW INVESTING LLC,                                                :
:
Plaintiff,     :
:        19 Civ. 8951 (JPC) (VF)
-v-                      :
:              ORDER
CARLOS ANDRES ABADI *et al.*,                                          :
:
Defendants.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In light of Judge Figueredo's resolution of Plaintiff's motion for substitution, which substituted Carlos Andres Abadi, Ivonne Abadi, Miguel Claudio Abadi, and Francia Luisa Guthmann as Defendants (the "Substituted Parties"), Dkt. 94, Plaintiff is ordered to file a status update by August 5, 2024, advising the Court as to its proposed next steps in this action. Given Plaintiff's previous indication that it intended to move for default judgment if the substitution motion were granted, *see* Dkt. 81 ¶ 10, Plaintiff shall also (1) provide an update as to its efforts to serve the summons and Amended Complaint on the Substituted Parties and (2) advise the Court as to why its service of materials on the Substituted Parties (in particular, the substitution motion and, if applicable, the summons and Amended Complaint) complied with Federal Rule of Civil Procedure 4(f) and the Hague Convention. *See Artnet Worldwide Corp. v. Gruber*, No. 21 Civ. 10459 (JHR), 2023 WL 6390167, at *2 (S.D.N.Y. Oct. 2, 2023).

      SO ORDERED.

Dated: July 30, 2024
      New York, New York
                                             JOHN P. CRONAN
                                            United States District Judge