# MEDINA LAW FIRM

www.medinafirm.com

641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

1200 N. Federal Highway
Second Floor
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

Eric S. Medina, Esq.º

Writer's Email:
emedina@medinafirm.com

ºMember NY, NJ & FL Bar

September 17, 2024

**VIA CM/ECF ELECTRONIC FILING**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> By October 5, 2024, Plaintiff is directed to provide a further status update on service upon Carlos Andres Abadi, Ivonne Abadi, Miguel Claudio Abadi, and Francia Luisa Guthmann.
>
> SO ORDERED.
> Date: September 18, 2024
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

Re:   *Honeedew Investing LLC vs. Jose Abadi*
      Case No. 19-08951-JPC-VF
      Memo Endorsement to Status Report August 28, 2024 [Dkt. 99]
      Updated Report

Dear Judge Cronan:

The undersigned represents Plaintiff Honeedew Investing LLC ("Honeedew" or "Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Memo Endorsed Order of August 28, 2024 of [Dkt. 99] ("Order"). In speaking with Mr. Julian Knopoff (Honeedew's Argentine counsel) on this date, I learned that the Ministry of Foreign Affairs requested and processed additional paper copies of the pleadings on September 3, 2024 and September 4, 2024 which requests were fulfilled and are out for service by assigned attorney. Mr. Knopoff was informed by the Ministry of Foreign Affairs that they should receive a return of service within 10 business days of today's date, on or before October 4, 2024.

Accordingly, we respectfully request that Plaintiff be permitted to update the Court on or before October 4, 2024, to advise as to return of service in connection with Plaintiff's forthcoming application for default judgment.

Thank you in advance for Your Honor's Consideration.

Respectfully submitted,

*/s/ Eric S. Medina*
Eric S. Medina, Esq.