# MEDINA LAW FIRM

www.medinafirm.com

641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

Eric S. Medina, Esq.º

1200 N. Federal Highway
Second Floor
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

<u>Writer's Email:</u>
emedina@medinafirm.com

ºMember NY, NJ & FL Bar

October 4, 2024

**VIA CM/ECF ELECTRONIC FILING**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Honeedew Investing LLC vs. Jose Abadi*
      Case No. 19-08951-JPC-VF
      Memo Endorsement to September 18, 2024 [Dkt. 101]
      <u>Updated Report Service</u>

Dear Judge Cronan:

The undersigned represents Plaintiff Honeedew Investing LLC ("Honeedew" or "Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Memo Endorsed Order of September 18, 2024 [Dkt. 101] ("Order") please accept this status update regarding service upon Carlos Andres Abadi, Ivonne Abadi, Miguel Claudio Abadi, and Fracia Luisa Guthmann regarding substitution.

I am informed that documents were uploaded this week to the Argentine court system-on September 24, 2024, indicating an agent of the Argentine Foreign Ministry did in fact make service upon Ivonne Abadi, Miguel Claudio Abadi, and Fracia Luisa Guthmann on the afternoon of September 12, 2024 by delivering the pleadings and entrusting the same to security employees who acknowledged the individuals do in fact reside there.

It is believed that the Ministry of Foreign Affairs may take some time to prepare and transmit the actual certificates of service to ABC Legal (Honeedew's agent for service under the Hague). Please further note that, Mr. Carlos Abadi was served with the substitution pleadings when the same were filed, again at a later date via 'carta documento'[1] (Argentine official notification), and as recently as August 2, 2024, by US mail following an attempt to serve Carlos Abadi in person during his confinement in Riker's island for which Honeedew's agent for service of process was directed to serve Carlos Abadi with a copy via US mail at the George R. Vierno Center on Riker's

---

[1] Along with the other members of the Abadi family for the Abadi estate.

M<small>EDINA</small> L<small>AW</small> F<small>IRM</small>
October 4, 2024
Page 2

Island. Honeedew has not been contacted by any of the foregoing individuals regarding this matter as of this date.

Thank you in advance for Your Honor's Consideration.

                                                Respectfully submitted,

                                                */s/ Eric S. Medina*
                                                Eric S. Medina, Esq.

`

Plaintiff shall file either the certificates of service or a status letter in this matter by December 6, 2024.

SO ORDERED.
Date: October 5, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

4862-5954-1484, v. 2