# MEDINA LAW FIRM

www.medinafirm.com

641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
Telephone: (212)-404-1742
Facsimile: (888)-833-9534

Eric S. Medina, Esq.º

1200 N. Federal Highway
Second Floor
Boca Raton, FL 33432
Telephone: (954)-859-2000
Facsimile: (888)-833-9534

<u>Writer's Email:</u>
emedina@medinafirm.com

ºMember NY, NJ & FL Bar

December 6, 2024

**VIA CM/ECF ELECTRONIC FILING**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Honeedew Investing LLC vs. Jose Abadi*
     Case No. 19-08951-JPC-VF
     Memo Endorsement to October 5, 2024 [Dkt. 103]
     <u>Updated Report Service</u>

Dear Judge Cronan:

The undersigned represents Plaintiff Honeedew Investing LLC ("Honeedew" or "Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Memo Endorsed Order of October 5, 2024 [Dkt. 103] ("Order") please accept this status update.

As previously reported to the Court, Honeedew is aware that service of process has been effectuated pursuant to the Hague Convention in this matter. Plaintiff has requested ABC Legal (Honeedew's service agent under the Hague Convention) for copies of certificates of service but is informed they have not yet been received from Argentina. Nevertheless, the Plaintiff respectfully submits that this matter appears to be ripe for default judgment proceedings. As such, pursuant to Rule 3d of Your Honor's Individual Rules of Practice, Plaintiff hereby provides notice to the Court of its intent to seek a Clerk's Certificate of Default regarding service of process in Argentina in anticipation of an application for default judgment under Local Rule 55.2(b).

Thank you in advance for Your Honor's Consideration.

Respectfully submitted,

*/s/ Eric S. Medina*
Eric S. Medina, Esq.