UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :

HONEEDEW INVESTING LLC,         :
                :
          Plaintiff,       :
                :       19 Civ. 8951 (JPC) (VF)
     -v-            :
                :       <u>ORDER</u>
JOSE ABADI,              :
                :
         Defendant.     :
                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 6, 2024, Plaintiff provided notice of its intent to seek a Clerk's Certificate of Default in this matter.  Dkt. 104; *see* Individual Civil Rule 3.D (providing that a party intending to seek a certificate of default must notify the Court of its intent to do so by filing a letter at least two business days before filing for such a request with the Clerk of Court).  The docket does not reflect that Plaintiff has sought a Clerk's Certificate of Default since Plaintiff's letter was filed.  Plaintiff shall file a status letter in this matter by January 6, 2025.

      SO ORDERED.

Dated: December 30, 2024
     New York, New York              _____
                                  JOHN P. CRONAN
                           United States District Judge