

National Judiciary Power

11th CIVIL COURT

2114/2024

HONEEDEW INVESTING LLC vs JOSE ABADI / DAMAGES AND LOSSES

Buenos Aires, September of year 2024.- S

    Letter Rogatory received.-

    Informing herein that we have complied with the service to Francia Luisa Guthman Abadi, Yvonne Abadi and Miguel Abadi, in accordance to the digital certificates in the court records dated September 12 of year 2024, it is ordered to return these digital proceedings, through email to the Ministry of Foreign Affairs, International Commerce, and Worship to its institutional email cooperacion-civil@mrecic.gov.ar to which the same will be attached in PDF support.-





**NATIONAL JUDICIARY POWER**

000120900240

**CERTIFICATE**
OF SERVICE
**[SEAL]**

**NATIONAL 11TH CIVIL COURT OF 1ST INSTANCE CAPITAL FEDERAL REPUBLIC OF ARGENTINA**

JURISDICTION'S SEAL

NATIONAL 11TH CIVIL COURT OF LAW OF FIRST INSTANCE
-CLERK
Located at Talcahuano 550 6th floor

DATE OF RECEIPT OF NOTIFICATIONS: SEPTEMBER 4 OF YEAR 2024
Mr. **Francia Luisa Guthman Abadi**
DOMICILE: **Juan F Segui 4400, Piso 17 "B" of the City of Buenos Aires**
**REPORTED**

________________
TYPE OF DOMICILE

NATURE: ------------ (urgent, serve during the day, authorization for non-business day and time)
SPECIAL OBSERVATIONS: --
(Insanity, Article 626, Injunction- Habeas Corpus Articles 682/683/684, Article 339/341, C.P.C.C. Article 129 C.P.P.)

| | | | | COURTROOM | | (Delete if not applicable) | | |
|---|---|---|---|---|---|---|---|---|
| | **CIV 02114/2024** | **50** | **C** | **11** | **UNIQUE** | **YES** | **YES** | **NO** |
| ORDER NO. | DOCKET NO. | ZONE | JURISDICTION | COURT | CLERK | COPIES | PERSONAL | OBSERVATION |

SERVED: ( ) NEGATIVE SERVICE: ( )

I inform you that in regards to the Docket labeled as: **"HONEEDEW INVESTING LLC versus JOSE ABADI S / DAMAGE AND LOSSES"** being processed before this Court, the following RESOLUTION has been issued: "Buenos Aires, February 27 of year 2024. Buenos Aires, February of year 2024.- Having the letter rogatory been received, in order to inform Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi, all of them with domicile in Juan Francisco Segui No. 4400, 17th Floor, Departamento "B", CABA, of this letter rogatory, for the purposes of the service; it is order that a service is made by the Clerk, to which a full copy of this letter rogatory must be added.- Signed: Alejandra Debora Abrevaya – Juris Doctor and Judge."

In accordance to the provisions of Resolution 3909/2010 been the copies more than 50 pages in number, it is informed that the same will be kept in the Clerk's Office, making available to the parties and their attorneys at law a copy of the letter rogatory and the corresponding documentations.

You have been duly served.

Buenos Aires, August 29 of year 2024.

[SIGNATURE]
**JAVIER SANTISO**
**CLERK**

TO THE JUDGE:
IN ______________________________________ON __________________________________ OF YEAR 20___________ BEING __________________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ ________________________________, THE INTERESTED PARTY, ___________________________ AND___________________ RESPONDING TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE_____________________________________________ ____________________________________________________________ AND THAT SUCH PERSON _______________________ ______________________________ LIVES THERE_______ I PROCEEDED TO ______________ SERVE SUCH PERSON___________ HAVING DELIVERED SUCH PERSON _______________ TWO COPIES ____________________ OF THIS ORIGINAL DOCUMENT __________COPY______________ PREVIOUS READING _________________________________________________________ _______________________AND _________HAVING THE FOLLOWING PERSON RECEIVED THE SAME __________IT IS SIGNED.

**TO THE JUDGE:**
**ON 12/11 __________________ OF YEAR 2024___________ AT 16H20 (FOURT TWENTY)____________________________ ________________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ _________________________________, THE INTERESTED PARTY, ____________________________ AND HAVING NOT RESPONDED TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE THE SECURITY PERSON________________________ AND SUCH PERSON DOES NOT LIVE THERE, I PROCEEDED TO SERVE SUCH PERSON, HAVING DELIVERED SUCH PERSON A COPY OF THE ORIGINAL DOCUMENT WITHOUT A COPY, HAVING READ THE SAME FIRST, AND SUCH PERSON DID NOT RECEIVE THE PROCEEDING TO BE SERVED, SO I LEFT A COPY ON THE ACCESS DOOR OF THE DOMICILE UNDER THE RESPONSIBILITY OF THE PLAINTIFF WITH/WITHOUT COPIES, I ASKED SUCH PERSON FOR THE WHEREABOUTS OF THE PERSON SOUGHT, AND IN GIVEN SUCH PERSON DID NOT KNOW THE WHEREABOUTS OF THE PERSON SOUGHT I HELD THE DOCUMENTS FOR A NEW ATTEMPT. BE THIS RECORDED.**
**16H20**

**L/T. NOT VALID**

**[SIGNATURE]**
**MAXIMILIANO MARQUEZ**
**NOTIFICATION AGENT**
**NATIONAL JUDICIARY COUNCIL**



**NATIONAL JUDICIARY POWER**

**CERTIFICATE**
OF SERVICE
**[SEAL]**

**NATIONAL 11TH CIVIL COURT OF 1ST INSTANCE CAPITAL FEDERAL REPUBLIC OF ARGENTINA**

JURISDICTION'S SEAL

NATIONAL 11TH CIVIL COURT OF LAW OF FIRST INSTANCE
-CLERK
Located at Talcahuano 550 6th floor

DATE OF RECEIPT OF NOTIFICATIONS: SEPTEMBER 4 OF YEAR 2024
Mr. **MIGUEL ABADI**
DOMICILE: **Juan F Segui 4400, Piso 17 "B" of the City of Buenos Aires**
**REPORTED**
_______________
TYPE OF DOMICILE

NATURE: ------------ (urgent, serve during the day, authorization for non-business day and time)
SPECIAL OBSERVATIONS: --
(Insanity, Article 626, Injunction- Habeas Corpus Articles 682/683/684, Article 339/341, C.P.C.C. Article 129 C.P.P.)

| | | | | COURTROOM | | (Delete if not applicable) | | |
|---|---|---|---|---|---|---|---|---|
| | **CIV 02114/2024** | **50** | **C** | **11** | **UNIQUE** | **YES** | **YES** | **NO** |
| ORDER NO. | DOCKET NO. | ZONE | JURISDICTION | COURT | CLERK | COPIES | PERSONAL | OBSERVATION |

SERVED: ( ) NEGATIVE SERVICE: ( )

I inform you that in regards to the Docket labeled as: **"HONEEDEW INVESTING LLC versus JOSE ABADI S / DAMAGE AND LOSSES"** being processed before this Court, the following RESOLUTION has been issued: "Buenos Aires, February 27 of year 2024. Buenos Aires, February of year 2024.- Having the letter rogatory been received, in order to inform Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi, all of them with domicile in Juan Francisco Segui No. 4400, 17th Floor, Departamento "B", CABA, of this letter rogatory, for the purposes of the service; it is order that a service is made by the Clerk, to which a full copy of this letter rogatory must be added.- Signed: Alejandra Debora Abrevaya – Juris Doctor and Judge."

In accordance to the provisions of Resolution 3909/2010 been the copies more than 50 pages in number, it is informed that the same will be kept in the Clerk's Office, making available to the parties and their attorneys at law a copy of the letter rogatory and the corresponding documentations.

You have been duly served.

Buenos Aires, August 29 of year 2024.

[SIGNATURE]
**JAVIER SANTISO**
**CLERK**

TO THE JUDGE:
IN ______________________________________ON __________________________________ OF YEAR 20___________ BEING __________________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ ________________________________, THE INTERESTED PARTY, ___________________________ AND___________________ RESPONDING TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE_____________________________________________ ____________________________________________________________ AND THAT SUCH PERSON _______________________ ______________________________ LIVES THERE_______ I PROCEEDED TO ______________ SERVE SUCH PERSON___________ HAVING DELIVERED SUCH PERSON _______________ TWO COPIES ____________________ OF THIS ORIGINAL DOCUMENT __________COPY______________ PREVIOUS READING _________________________________________________________ _______________________AND _________HAVING THE FOLLOWING PERSON RECEIVED THE SAME __________IT IS SIGNED.

**TO THE JUDGE:**
**ON 12/11 ________________ OF YEAR 2024___________ AT 16H20 (FOURT TWENTY)___________________________ _______________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ _________________________________, THE INTERESTED PARTY, ___________________________ AND HAVING NOT RESPONDED TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE THE SECURITY PERSON________________________ AND SUCH PERSON DOES NOT LIVE THERE, I PROCEEDED TO SERVE SUCH PERSON, HAVING DELIVERED SUCH PERSON A COPY OF THE ORIGINAL DOCUMENT WITHOUT A COPY, HAVING READ THE SAME FIRST, AND SUCH PERSON DID NOT RECEIVE THE PROCEEDING TO BE SERVED, SO I LEFT A COPY ON THE ACCESS DOOR OF THE DOMICILE UNDER THE RESPONSIBILITY OF THE PLAINTIFF WITH/WITHOUT COPIES, I ASKED SUCH PERSON FOR THE WHEREABOUTS OF THE PERSON SOUGHT, AND IN GIVEN SUCH PERSON DID NOT KNOW THE WHEREABOUTS OF THE PERSON SOUGHT I HELD THE DOCUMENTS FOR A NEW ATTEMPT. BE THIS RECORDED.**
**16H20**

**L/T. NOT VALID**

**[SIGNATURE]**
**MAXIMILIANO MARQUEZ**
**NOTIFICATION AGENT**
**NATIONAL JUDICIARY COUNCIL**



**NATIONAL JUDICIARY POWER**

**CERTIFICATE**
OF SERVICE
**[SEAL]**

**NATIONAL 11TH CIVIL COURT OF 1ST INSTANCE CAPITAL FEDERAL REPUBLIC OF ARGENTINA**

JURISDICTION'S SEAL

NATIONAL 11TH CIVIL COURT OF LAW OF FIRST INSTANCE
-CLERK
Located at Talcahuano 550 6th floor

DATE OF RECEIPT OF NOTIFICATIONS: SEPTEMBER 4 OF YEAR 2024
Mr. **YVONNE ABADI**
DOMICILE: **Juan F Segui 4400, Piso 17 "B" of the City of Buenos Aires**
**REPORTED**
________________
TYPE OF DOMICILE

NATURE: ------------ (urgent, serve during the day, authorization for non-business day and time)
SPECIAL OBSERVATIONS: --
(Insanity, Article 626, Injunction- Habeas Corpus Articles 682/683/684, Article 339/341, C.P.C.C. Article 129 C.P.P.)

| | | | | COURTROOM | | (Delete if not applicable) | | |
|---|---|---|---|---|---|---|---|---|
| | **CIV 02114/2024** | **50** | **C** | **11** | **UNIQUE** | **YES** | **YES** | **NO** |
| ORDER NO. | DOCKET NO. | ZONE | JURISDICTION | COURT | CLERK | COPIES | PERSONAL | OBSERVATION |

SERVED: ( ) NEGATIVE SERVICE: ( )

I inform you that in regards to the Docket labeled as: **"HONEEDEW INVESTING LLC versus JOSE ABADI S / DAMAGE AND LOSSES"** being processed before this Court, the following RESOLUTION has been issued: "Buenos Aires, February 27 of year 2024. Buenos Aires, February of year 2024.- Having the letter rogatory been received, in order to inform Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi, all of them with domicile in Juan Francisco Segui No. 4400, 17th Floor, Departamento "B", CABA, of this letter rogatory, for the purposes of the service; it is order that a service is made by the Clerk, to which a full copy of this letter rogatory must be added.- Signed: Alejandra Debora Abrevaya – Juris Doctor and Judge."

In accordance to the provisions of Resolution 3909/2010 been the copies more than 50 pages in number, it is informed that the same will be kept in the Clerk's Office, making available to the parties and their attorneys at law a copy of the letter rogatory and the corresponding documentations.

You have been duly served.

Buenos Aires, August 29 of year 2024.

[SIGNATURE]
**JAVIER SANTISO**
**CLERK**

TO THE JUDGE:

IN _____________________________________ON _________________________________ OF YEAR 20___________ BEING _________________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ _______________________________, THE INTERESTED PARTY, ___________________________ AND___________________ RESPONDING TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE____________________________________________ __________________________________________________________ AND THAT SUCH PERSON _______________________ _____________________________ LIVES THERE_______ I PROCEEDED TO _____________ SERVE SUCH PERSON___________ HAVING DELIVERED SUCH PERSON _______________ TWO COPIES ____________________ OF THIS ORIGINAL DOCUMENT __________COPY______________ PREVIOUS READING ________________________________________________________ _______________________AND _________HAVING THE FOLLOWING PERSON RECEIVED THE SAME __________IT IS SIGNED.

**TO THE JUDGE:**

**ON 12/11 _________________ OF YEAR 2024___________ AT 16H20 (FOURT TWENTY)____________________________ ________________________ PM/AM, I APPEARED AT THE AFOREMENTIONED DOMICILE, REQUIRING THE PRESENCE OF ___ ________________________________, THE INTERESTED PARTY, ____________________________ AND HAVING NOT RESPONDED TO MY CALLS APPEARED A PERSON WHO CLAIMED TO BE THE SECURITY PERSON________________________ AND SUCH PERSON DOES NOT LIVE THERE, I PROCEEDED TO SERVE SUCH PERSON, HAVING DELIVERED SUCH PERSON A COPY OF THE ORIGINAL DOCUMENT WITHOUT A COPY, HAVING READ THE SAME FIRST, AND SUCH PERSON DID NOT RECEIVE THE PROCEEDING TO BE SERVED, SO I LEFT A COPY ON THE ACCESS DOOR OF THE DOMICILE UNDER THE RESPONSIBILITY OF THE PLAINTIFF WITH/WITHOUT COPIES, I ASKED SUCH PERSON FOR THE WHEREABOUTS OF THE PERSON SOUGHT, AND IN GIVEN SUCH PERSON DID NOT KNOW THE WHEREABOUTS OF THE PERSON SOUGHT I HELD THE DOCUMENTS FOR A NEW ATTEMPT. BE THIS RECORDED.**

**16H20**

**L/T. NOT VALID**

**[SIGNATURE]**
**MAXIMILIANO MARQUEZ**
**NOTIFICATION AGENT**
**NATIONAL JUDICIARY COUNCIL**



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA DEFENSA DE LA VIDA, LA LIBERTAD Y LA PROPIEDAD

**Nota**

**Número:** NO-2024-109321624-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Lunes 7 de Octubre de 2024

**Referencia:** COPMC-NOR-HCCH-DEVL-CARPE 2988/2019-"HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS"-EX-2021-86019606- -APN-DGD#MRE-ESTADOS UNIDOS.

**A:** (C-C) Legal Language Services (vportuguez@legallanguage.com), Legal Language Services (julianknopoff@estudioreznick.com.ar),

**Con Copia A:**

---

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en el Convenio de La Haya de 15 de noviembre de 1965 sobre la Notificación o Traslado en el extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial en relación a las rogatorias libradas en los autos caratulados **"HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS" (Expte. N.° 1:19-CV-08951-JPC-VF)**, en trámite ante el Tribunal del Distrito Sur de Nueva York, Estados Unidos de América.

Al respecto, se remiten las constancias de diligenciamiento positivo de la rogatoria librada a la República Argentina, que tenía por objeto notificar a las siguientes personas: i) Francia Luisa Guthman Abadí; ii) Yvonne Abadí y iii) Miguel Abadí.

Se remite un archivo embebido. Para poder visualizarlo es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe Reader.

CYN

Sin otro particular saluda atte.

Carla Antonella Caba
Asesor Legal
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Poder Judicial de la Nación

JUZGADO CIVIL 11

2114/2024

HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS

Buenos Aires, de septiembre de 2024.- S

Por recibida la rogatoria .-

Haciéndole saber que se ha dado cumplimiento con las notificaciones a Francia Luisa Guthman Abadí; Yvonne Abadí y Miguel Abadí, conforme surge de las cédulas digitalizadas en autos con fecha 12 de septiembre de 2024, devuélvanse las presentes actuaciones digitales, mediante correo electrónico al Ministerio de Relaciones Exteriores Comercio Internacional y Culto al correo institucional cooperacion-civil@mrecic.gov.ar al que se anexará la misma en soporte pdf.-

#38619404#428642917#20240926100134216




**PODER JUDICIAL DE LA NACION**

000120900240

**CEDULA**
DE NOTIFICACION

TRIBUNAL JUZGADO NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL NRO.**11** - SECRETARIA -
Sito en Talcahuano 550 piso 6°

FECHA DE RECEPCION EN NOTIFICACIONES: 04 SEP 2024

Sr.: **Francia Luisa Guthman Abadi**

DOMICILIO: **Juan F. Seguí 4400, Piso 17 "B" de la Ciudad de Buenos Aires**

**DENUNCIADO**

TIPO del DOMICILIO

JUZGADO NACIONAL DE 1° INSTANCIA EN LO CIVIL N° 11 CAPITAL FEDERAL REPUBLICA ARGENTINA

SELLO del FUERO

CARÁCTER: _____
(urgente, notificar en el día, habilitación de día y hora Inhábil)

OBSERVACIONES ESPECIALES: _____
(Insania Art. 626 – Amparo – Habeas Corpus – Arts. 682/683/684 – Art.339/341 – C.P.C.C. – Art. 129 C.P.P.)

| | | | | SALA | | (Tachar lo que no corresponda) | | |
|---|---|---|---|---|---|---|---|---|
| 4 | **CIV 02114/2024** | 50 | **C** | **11** | **UNICA** | **SI** | **SI** | **NO** |
| NRO. ORDEN | EXP. NRO. | ZONA | FUERO | JUZGADO | SECRET. | COPIAS | PERSONAL | OBSERVAC. |

REZ: ☐ NOTIF. NEGATIVA ☐

Hago saber a Ud. que en el Expediente caratulado: **"HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS"** que se tramita por ante este Tribunal, se ha dictado la siguiente RESOLUCION: "Buenos Aires, 27 de febrero de 2024. Buenos Aires, de febrero de 2024.- S Por recibida la rogatoria.- Para hacerle saber a Francia Luisa Guthman Abadí; Yvonne Abadí y Miguel Abadí, todos con domicilio en Juan Francisco Segui N°4400, 17° piso, departamento "B", CABA. el presente exhorto, a los fines de su debido emplazamiento, practíquese la respectiva notificación por Secretaría, a la que deberá adjuntarse copia de la totalidad de la presente rogatoria.-. Fdo.: Dr. Alejandra Debora Abrevaya. Juez."

Conforme a lo dispuesto en la Resolución 3909/2010 superando las copias adjuntas las 50 hojas, se hace saber que quedan reservadas en Secretaría a disposición de las partes y sus letrados las copias de la rogatoria y la documentación respectiva.

Queda Ud. Debidamente Notificado.

Buenos Aires, 29 de agosto de 2024.

JAVIER A. SANTISO
SECRETARIO

SEÑOR JUEZ:

EN ..........................................................DE.........................................................de 20...........SIENDO LAS ..........................................HORAS, ME CONSTITUI EN EL DOMICILIO PRECEDENTEMENTE INDICADO REQUIRIENDO LAS PRESENCIA DE ....................................INTERESADO ....................Y.......................... RESPONDIENDO A MIS LLAMADOS UNA PERSONA QUE DIJO SER............................................................ .......................................................................................................................... Y QUE AQUEL............................... VIVE ..................... ALLI PROCEDI .........................NOTIFICARLE................................................................... HACIENDOLE ENTREGA DE..............................DUPLICADO................................DE IGUAL TENOR A LA PRESENTE .....................COPIA..........................PREVIA LECTURA............................................................ .....................................Y.............................RECIBIENDOSE DE ELLO.........................................FIRMO.

SEÑOR JUEZ:

EN 12/12/24 , SIENDO LAS 16:20 HORAS, ME CONSTITUÍ EN EL DOMICILIO PRECEDENTEMENTE INDICADO REQUIRIENDO LA PRESENCIA DEL INTERESADO Y NO RESPONDIENDOSE A MIS LLAMADOS UNA PERSONA QUE DIJO SER EMPLEADO /ENCARGADO de seguridad Y QUE AQUEL SI/NO VIVE ALLÍ PROCEDÍ A NOTIFICARLE HACIÉNDOLE ENTREGA DEL DUPLICADO DE IGUAL TENOR AL PRESENTE CON/SIN COPIA, PREVIA LECTURA Y RECIBIÉNDOSE DE ELLO NO [illegible] Y FIJÉ EL DUPLICADO EN LA PUERTA DE ACCESO [illegible] PARTE ACTORA CON/SIN COPIAS. PROCEDO A [illegible] CON / SIN COPIAS A SUS EFECTOS, CONSULTÉ A VECINOS, [illegible] NO SABEN DAR RAZÓN DEL REQUERIDO, ATENTO A ELLO, RETENGO PARA UN NUEVO INTENTO. CONSTE.

L/T. NO VALE.

MAXIMILIANO [illegible]
OFICIAL [illegible]
C.S.J.N.

12/12
16:20
[illegible]



**PODER JUDICIAL DE LA NACION**

000120900239

**CEDULA**
DE NOTIFICACION

TRIBUNAL JUZGADO NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL NRO.**11** - SECRETARIA -
Sito en Talcahuano 550 piso 6°

FECHA DE RECEPCION EN NOTIFICACIONES: ___ ___ 04 SEP 2024

Sr.: **MIGUEL ABADI**

DOMICILIO: **Juan F. Seguí 4400, Piso 17 "B" de la Ciudad de Buenos Aires**

**DENUNCIADO**

TIPO del DOMICILIO

JUZGADO NACIONAL DE 1° INSTANCIA EN LO CIVIL N° 11 CAPITAL FEDERAL
REPUBLICA ARGENTINA

SELLO del FUERO

CARÁCTER: _____
(urgente, notificar en el día, habilitación de día y hora Inhábil)

OBSERVACIONES ESPECIALES: _____
(Insania Art. 626 – Amparo – Habeas Corpus – Arts. 682/683/684 – Art.339/341 – C.P.C.C. – Art. 129 C.P.P.)

| NRO. ORDEN | EXP. NRO. | ZONA | FUERO | JUZGADO (SALA) | SECRET. | COPIAS | PERSONAL | OBSERVAC. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (Tachar lo que no corresponda) | | |
| 3 | CIV 02114/2024 | 50 | C | 11 | UNICA | SI | SI | NO |

REZ: ☐ NOTIF. NEGATIVA ☐

Hago saber a Ud. que en el Expediente caratulado: **"HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS"** que se tramita por ante este Tribunal, se ha dictado la siguiente RESOLUCION: "Buenos Aires, 27 de febrero de 2024. Buenos Aires, de febrero de 2024.- S Por recibida la rogatoria.- Para hacerle saber a Francia Luisa Guthman Abadí; Yvonne Abadí y Miguel Abadí, todos con domicilio en Juan Francisco Segui N°4400, 17° piso, departamento "B", CABA. el presente exhorto, a los fines de su debido emplazamiento, practíquese la respectiva notificación por Secretaría, a la que deberá adjuntarse copia de la totalidad de la presente rogatoria.-. Fdo.: Dr. Alejandra Debora Abrevaya. Juez."

Conforme a lo dispuesto en la Resolución 3909/2010 superando las copias adjuntas las 50 hojas, se hace saber que quedan reservadas en Secretaría a disposición de las partes y sus letrados las copias de la rogatoria y la documentación respectiva.

Queda Ud. Debidamente Notificado.

Buenos Aires, 29 de agosto de 2024.

JAVIER A. SANTISO
SECRETARIO

SEÑOR JUEZ:

EN ..........................................................DE..............................................................de 20...........SIENDO LAS ......................................................HORAS, ME CONSTITUI EN EL DOMICILIO PRECEDENTEMENTE INDICADO REQUIRIENDO LAS PRESENCIA DE ......................................INTERESADO .....................Y...................... RESPONDIENDO A MIS LLAMADOS UNA PERSONA QUE DIJO SER............................................................ ................................................................................................................. Y QUE AQUEL............................ VIVE .................. ALLI PROCEDI .......................NOTIFICARLE................................................................ HACIENDOLE ENTREGA DE..............................DUPLICADO...................................DE IGUAL TENOR A LA PRESENTE .....................COPIA.........................PREVIA LECTURA........................................................... ...................................Y............................RECIBIENDOSE DE ELLO.............................................FIRMO.

SEÑOR JUEZ:

EN 12/12/24, SIENDO LAS 16:20 HORAS, ME CONSTITUÍ EN EL DOMICILIO PRECEDENTEMENTE INDICADO REQUIRIENDO LA PRESENCIA DEL INTERESADO Y NO. RESPONDIENDOSE A MIS LLAMADOS ~~UNA PERSONA QUE DIJO SER EMPLEADO / ENCARGADO~~ de seguridad Y QUE AQUEL SÍ NO VIVE ALLÍ.

PROCEDÍ A NOTIFICARLE [illegible] CON/SIN COPIA, PREVIA LECTURA [illegible] NO [illegible] A NOTIFICAR Y FIJAR EL DUPLICADO [illegible] DE LA PARTE ACTORA CON/SIN COPIAS [illegible] NOTIFICAR CON/SIN COPIAS A SUS EFECTOS, [illegible] DAR RAZÓN DEL REQUERIDO, ATENTO A ELLO, RETENGO PARA UN NUEVO INTENTO. [illegible]

MAXIMILIANO MARQUEZ
OFICIAL NOTIFICADOR
C.S.J.N.

L/T. NO VALE.

12/12
16:20
SV
[illegible]



CIV

**PODER JUDICIAL DE LA NACION**

**CEDULA**
DE NOTIFICACION

TRIBUNAL JUZGADO NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL NRO.**11** - SECRETARIA -
Sito en Talcahuano 550 piso 6°

FECHA DE RECEPCION EN NOTIFICACIONES: 04 SEP 2024

Sr.: **YVONNE ABADI**

DOMICILIO: **Juan F. Seguí 4400, Piso 17 "B" de la Ciudad de Buenos Aires**

**DENUNCIADO**

TIPO del DOMICILIO

SELLO del FUERO

CARÁCTER: _____
(urgente, notificar en el día, habilitación de día y hora Inhábil)

OBSERVACIONES ESPECIALES: _____
(Insania Art. 626 – Amparo – Habeas Corpus – Arts. 682/683/684 – Art.339/341 – C.P.C.C. – Art. 129 C.P.P.)

| | | | | SALA | | (Tachar lo que no corresponda) | | |
|---|---|---|---|---|---|---|---|---|
| 5 | **CIV 02114/2024** | 50 | **C** | **11** | **UNICA** | **SI** | **SI** | **NO** |
| NRO. ORDEN | EXP. NRO. | ZONA | FUERO | JUZGADO | SECRET. | COPIAS | PERSONAL | OBSERVAC. |

REZ: ☐ NOTIF. NEGATIVA ☐

Hago saber a Ud. que en el Expediente caratulado: **"HONEEDEW INVESTING LLC C/ JOSE ABADI S/DAÑOS Y PERJUCIOS"** que se tramita por ante este Tribunal, se ha dictado la siguiente RESOLUCION: "Buenos Aires, 27 de febrero de 2024. Buenos Aires, de febrero de 2024.- S Por recibida la rogatoria.- Para hacerle saber a Francia Luisa Guthman Abadí; Yvonne Abadí y Miguel Abadí, todos con domicilio en Juan Francisco Segui N°4400, 17° piso, departamento "B", CABA. el presente exhorto, a los fines de su debido emplazamiento, practíquese la respectiva notificación por Secretaría, a la que deberá adjuntarse copia de la totalidad de la presente rogatoria.-. Fdo.: Dr. Alejandra Debora Abrevaya. Juez."

Conforme a lo dispuesto en la Resolución 3909/2010 superando las copias adjuntas las 50 hojas, se hace saber que quedan reservadas en Secretaría a disposición de las partes y sus letrados las copias de la rogatoria y la documentación respectiva.

Queda Ud. Debidamente Notificado.

Buenos Aires, 29 de agosto de 2024.

JAVIER A. SANTISO
SECRETARIO

SEÑOR JUEZ: 12/12/24

EN , SIENDO LAS 16:20 HORAS, ME CONSTITUÍ EN EL DOMICILIO PRECEDENTEMENTE INDICADO REQUIRIENDO LA PRESENCIA DEL INTERESADO Y NO RESPONDIÉNDOSE A MIS LLAMADOS UNA PERSONA QUE DIJO SER EMPLEADO /~~ENCARGADO~~ de Seguridad Y QUE AQUEL SI/NO VIVE ALLÍ. PROCEDÍ A NOTIFICARLE HACIÉNDOLE ENTREGA DEL DUPLICADO DE IGUAL TENOR AL PRESENTE CON/SIN COPIA, PREVIA LECTURA Y RECIBIÉNDOSE DE ELLO No FIRMÓ. ~~PROCEDO A NOTIFICAR Y FIJAR EL DUPLICADO EN LA PUERTA DE ACCESO AL DOMICILIO BAJO RESPONSABILIDAD DE LA PARTE ACTORA CON/SIN COPIAS. PROCEDO A DEVOLVER EL PRESENTE Y DUPLICADO SIN NOTIFICAR CON/SIN COPIAS A SUS EFECTOS, CONSULTE A VECINOS, QUIENES NO SABEN DAR RAZÓN DEL REQUERIDO, ATENTO A ELLO, RETENGO PARA UN NUEVO INTENTO.~~ CONSTE.-

12/12
16:20

L/T. NO VALE.

MAXIMILIANO MARQUEZ
OFICIAL NOTIFICADOR
C.S.J.N.