UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HONEEDEW INVESTING LLC,

                Plaintiff,

    -against-

JOSÉ ABADI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

19-CV-8951-JPC-VF

**CLERK'S CERTIFICATE OF DEFAULT**

    I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced against substituted parties Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi on November 6, 2023 [Dkt. 80-83] with the filing of a motion to substitute a party and served on substituted defendants Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi and proof of service therefore was filed on January 6, 2025 [Dkt. 106] and pursuant to Fed. R. Civ. Proc. 4(f)(1) [Dkt. 96]. I further certified that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint/motion for substitution herein. The default of the substituted defendant(s) are hereby noted.

Dated: New York, New York
       January 17, 2025

TAMMI M. HELLWIG
Clerk of Court

By:_____
      Deputy Clerk

4927-8214-1456, v. 1