```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
HONEEDEW INVESTING LLC,                             :
                                                    :
                        Plaintiff,                  :
                                                    :        19 Civ. 8951 (JPC) (VF)
        -v-                                         :
                                                    :              ORDER
CARLOS ANDRES ABADI, et al.,                        :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 15, 2024, the Honorable Valerie Figueredo issued an Opinion and Order substituting Carlos Andres Abadi, Ivonne Abadi, Miguel Claudio Abadi, and Francia Luisa Guthmann as Defendants in this action for Jose Abadi. *See* Dkt. 94. On January 16, 2025, Plaintiff sought a Certificate of Default as to Francia Luisa Guthman Abadí, Yvonne Abadí and Miguel Abadí, Dkt. 110, and the Clerk of Court issued a Certificate of Default on January 17, 2025, Dkt. 111.

Plaintiff did not seek a Certificate of Default against Carlos Andres Abadi and has not filed any proof of service as to this Defendant. Further, while Plaintiff's October 24, 2024 letter notes that "Mr. Carlos Abadi was served with the substitution pleadings when the same were filed, again at a later date via 'carta documento,'" that letter was not clear as to the method by which service in fact occurred and the date of service. Dkt. 102 at 1.

By January 24, 2025, Plaintiff shall file a letter advising the Court as to whether Plaintiff intends to seek a default judgment against Carlos Andres Abadi and, if so, shall file proof of service on the docket. In that submission, Plaintiff shall also address the discrepancies in the spelling of the names of two of the Defendants, Ivonne Abadi and Francia Luisa Guthmann, in Judge

Figueredo's July 15, 2024 Order and in the document from the Argentinian court advising that service on those Defendants had occurred.  *Compare* Dkt. 94 at 5 (granting substitution as to, *inter alia*, "Francia Luisa Guthmann" and "Ivonne Abadi") *with* Dkt. 106 (confirming service to, *inter alia*, "Francia Luisa Guthman Abadi" and "Yvonne Abadi").

    SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                      JOHN P. CRONAN
                                   United States District Judge