```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HONEEDEW INVESTING LLC,                                                :
                                                                       :
                              Plaintiff,                               :
                                                                       :
              -v-                                                      :   19 Civ. 8951 (JPC)
                                                                       :
CARLOS ANDRES ABADI, et al.,                                           :          ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties are ordered to appear before the undersigned on May 8, 2025 at 4:00 p.m. for a status conference in this matter. The status conference will be held on Webex. At the scheduled time, the parties should call (855) 244-8681, access code 2302 755 2307. Counsel for either Plaintiff or Defendants may appear in lieu of the parties themselves. If Defendants intend to proceed *pro se* in this matter, they must appear before the Court at the scheduled time. Defendants are cautioned that failure to appear at the status conference may result in the imposition of a default judgment.

Plaintiff is ordered to mail a copy of this Order to Defendants and to file proof of service on the docket by April 25, 2025.

SO ORDERED.

Dated: April 22, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge