UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
HONEEDEW INVESTING LLC,                                            :
                                                                   :
                          Plaintiff,                               :
                                                                   :
            -v-                                                    :        19 Civ. 8951 (JPC) (VF)
                                                                   :
MIGUEL CLAUDIO ABADI, *et al.*,                                    :                ORDER
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        As explained on the record at the July 10, 2025 default judgment hearing, the Court grants

in part and denies in part Plaintiff's motion for default judgment, Dkt. 119.  The Court grants the

motion as to liability with respect to the Second, Fourth, and Fifth Causes of Action against

Defendants Francia Luisa Guthman Abadi, Yvonne Abadi, and Miguel Abadi.  The Court dismisses

without prejudice the First and Third Causes of Action.  By separate Order, the Court refers this

case to the Honorable Valerie Figueredo for an inquest hearing on damages and any fees and costs.

        The Clerk of Court is respectfully directed to close the motion at Docket Number 119.

        SO ORDERED.

Dated: July 11, 2025
       New York, New York                        _____
                                                       JOHN P. CRONAN
                                                   United States District Judge